VIRGINIA

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:21-mj-00051 |
| SIMONE MELISSA GOLD | ) |
| | ) |
| _____ Defendant. _____ | ) |

### PRAECIPE

THE CLERK OF THE COURT WILL PLEASE ENTER THE APPEARANCE of DICKSON J. YOUNG, KIRA A. WEST, and Whitestone Young, PC, 10513 Judicial Drive, Suite 300, Fairfax, Virginia 22030, as Counsel for the Defendant in the above-styled matter.

SIMONE MELISSA GOLD
By Counsel

WHITESTONE YOUNG, PC

_____/s/_____
DICKSON J. YOUNG
D.C. Bar No. 956979
10513 Judicial Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 591-0200
djy@whitestoneyoung.com
Counsel for Defendant

_____/s/_____
KIRA A. WEST
D.C. Bar No. 993523
712 H Street NW, Unit #509
Washington, D.C. 20002
Phone: (202) 236-2042
kiraannewest@gmail.com
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2021, I will electronically file the foregoing with the Clerk of the Court Using the CM/ECF system, which will send a notification of such filing to Assistant United States Attorney Melissa J. Jackson.

_____/s/_____
DICKSON J. YOUNG

WHITESTONE YOUNG, PC
ATTORNEYS AT LAW
SUITE 300
10513 JUDICIAL DRIVE
FAIRFAX, VIRGINIA 22030
(703) 591-0200
FAX (703) 591-7238