AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00051 |
| SIMONE MELISSA GOLD | ) Assigned to: Judge G. Michael Harvey |
| | ) Assign Date: 1/13/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| _____ | ) |
| *Defendant* | |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Simone Melissa Gold                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

G. Michael Harvey
2021.01.13 19:07:29
-05'00'

Date:     01/13/2021                              _____
                                                          *Issuing officer's signature*

City and state:     Washington, DC              G. MICHAEL HARVEY, U.S. Magistrate Judge
                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 13 Jan 21 , and the person was arrested on *(date)* 18 Jan 21 at *(city and state)* Beverly Hills, CA . |
| Date: 18 Jan 21                    _____ *Arresting officer's signature* |
| Eric Turner, Special Agent *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

2021 JAN 19 AM 9:49

for the

District of Columbia

United States of America
v.
SIMONE MELISSA GOLD

)
)
)
)
)
)
)

Case No.

21 MJ 00271

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Simone Melissa Gold
_____,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☑ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

Date:     01/13/2021
_____

City and state:     Washington, DC
_____

G. Michael Harvey
2021.01.13 19:07:29
-05'00'

_Issuing officer's signature_

G. MICHAEL HARVEY, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS** 2 1 MJ 0 0 2 7 1 |
| | : | |
| **JOHN HERBERT STRAND,** | : | |
| **SIMONE MELISSA GOLD** | : | **18 U.S.C. § 1752(a),** |
| | : | **(Restricted Building or Grounds)** |
| **Defendants.** | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, LaNard Taylor, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

### PURPOSE OF AFFIDAVIT

1.     This Affidavit is submitted in support of a Criminal Complaint charging JOHN HERBERT STRAND ("STRAND") and SIMONE MELISSA GOLD ("GOLD") with violations of 18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2). I respectfully submit that this Affidavit establishes probable cause to believe that STRAND and GOLD (1) did knowingly enter or remain in any restricted building or grounds without lawful authority, or did knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct, and (2) did willfully and knowingly engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of any deliberations of either

House of Congress. Specifically, on or about January 6, 2021, STRAND and GOLD traveled to Washington, D.C., and knowingly and willfully joined a crowd of individuals who forcibly entered the U.S. Capitol and impeded, disrupted, and disturbed the orderly conduct of business by the United States House of Representatives and the United States Senate.

## AGENT BACKGROUND

2.      I have been a Special Agent with the FBI since June 2016. I am presently assigned to the Washington Field Office's International Corruption Squad, where I am responsible for investigating Antitrust, Foreign Corrupt Practices Act, and Kleptocracy violations. I was previously assigned to the FBI's Los Angeles Field Office, where I was responsible for investigating public corruption, fraud against the government, violent crime, narcotics offenses, and a host of other violations of federal law. Prior to my employment with the FBI, I was a law enforcement officer in the State of Florida for four years, where I investigated crimes relating to fraud, narcotics, violent crimes, and a variety of other criminal acts.

3.      I am one of the agents assigned to an ongoing investigation of riots and civil disorder that occurred on January 6, 2021 in and around the United States Capitol grounds by the FBI, United States Capitol Police ("USCP"), Metropolitan Police Department ("MPD") and other law enforcement agencies. Since I became involved in this investigation on January 6, 2021, I have conducted interviews, reviewed public tips, reviewed publicly available photos and video, and reviewed relevant documents, among other things.

4.      The facts in this affidavit come from my review of the evidence, my personal observations, my training and experience, and information obtained from other agents and witnesses. Except as explicitly set forth below, I have not distinguished in this affidavit between facts of which I have personal knowledge and facts of which I have hearsay knowledge. This

affidavit is intended to show simply that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND

5.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, located at First Street Southeast, Washington, District of Columbia. During the joint session, elected members of the United States House of Representatives and Senate met in the United States Capitol to certify the vote count of the Electoral College for the 2020 Presidential Election, which took place on November 3, 2020.

6.      The U.S. Capitol is secured 24 hours a day by security barriers and USCP occupy various posts throughout the grounds. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. USCP officers wore uniforms with clearly marked police patches, insignia, badges, and other law enforcement equipment. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

7.      The January 6, 2021 joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Michael R. Pence was present and presiding, first in the joint session, and then in the Senate chamber.

8.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building and USCP were present, attempting to keep the crowd away from the Capitol building and the proceedings underway inside. As the certification proceedings were underway, the exterior doors and windows of the Capitol were locked or otherwise secured.

9.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and past officers of the USCP, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by the USCP or other authorized security officials.

10.      A short time later, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. As such, all proceedings of the United States Congress, including the joint session, was effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 pm after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

11.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

12.      Beginning on or about January 7, 2021, the investigative agencies began receiving tips from the public related to the civil unrest and breach of the Capitol and several identified

STRAND and GOLD as being involved. Many of the tips included photographs of STRAND and GOLD inside of the Capitol on January 6, 2021 as shown below.



13.     In another tip, a witness wrote, "An old acquaintance was posting pictures of himself taking over the capitol yesterday. He was calling for a revolution on his social media accounts...[i]ndividual broke into the capital building and is paid to promote propaganda on his website."

14.     Law enforcement agents retrieved a driver's license photograph of both STRAND, DOB 3/28/1983, and GOLD, DOB 11/06/1965, both residents of California, and confirmed each were consistent in appearance with the pictures above.

15.     Also on January 7, 2021, Twitter account @TheJohnStrand, believed to be used by STRAND, posted a photograph in which STRAND was seen wearing a black jacket, pink scarf, and dark sunglasses, which appeared to be consistent with the photographs of STRAND and GOLD above. The photograph appeared to be taken on the steps of the Capitol. The

photograph, shown below, also included the caption "I am incredibly proud to be a patriot today, to stand up tall in defense of liberty & the Constitution, to support Trump & #MAGAforever, & to send the message: WE ARE NEVER CONCEDING A STOLEN ELECTION."



16.     Several media outlets broadcasted coverage of the Capitol breach and recorded videos. In their coverage of the events, CNN posted a video to its website entitled "See stunning video of rioters inside Capitol" (https://www.cnn.com/videos/politics/2021/01/06/protestors-breached-capitol-reax-washington-dc-protest-congress-electoral-college-vpx.cnn). In the video, timestamped 2:27-2:29 p.m., a man and woman consistent in appearance with the above pictures of STRAND and GOLD can be seen walking with a companion through National Statuary Hall, which is located inside the Capitol.

17.     On January 6, 2021, a member of the news media posted a video to Twitter entitled "Statuary Hall being slowly cleared out," at 2:58 p.m.  In the video, a man bearing resemblance to STRAND can be seen with a recording device. The man was recording a woman, consistent in appearance with GOLD, giving a speech to a small gathering of people.

18.     On January 7, 2021, at approximately 9:07 a.m, Twitter account @TheJohnStrand re-posted a video entitled "Trump Supporter Gets Shot And Murdered The US State Capitol!"

The video was posted with the caption "I was there. This is inexcusable." The tweet was tagged as posted "from Washington, DC" with "Twitter for iPhone."

19.     A review of several tweets from account holder @TheJohnStrand include the term "Twitter for iPhone." Based on my training and experience, I understand Twitter account holders who own or possess Apple iPhones can download the Twitter application from the "App Store." Once the application is loaded to the phone and the user broadcasts a tweet, often it is tagged with the term "Twitter for iPhone."

20.     An open source search of social media depictions from January 6, 2021, uncovered several videos and photographs of persons consistent in appearance with STRAND and GOLD inside of the Capitol. Some of the photographs are below.





21.     Video posted to the Getty Images database online

(https://www.gettyimages.com/detail/video/mob-of-pro-trump-rioters-and-protesters-break-into-the-u-news-footage/1294938866) shows what appears to be STRAND and GOLD in a large

crowd attempting to push past multiple officers blocking the entrance to the Capitol, which had

visibly broken windows at the time.  One of the officers, who had been pinned near the doors to

the Capitol, appears to be pulled down by someone in the crowd and lands near where STRAND

and GOLD were standing.



22.     I conducted an initial review of some of the surveillance footage from

surveillance cameras installed inside the Capitol on January 6, 2021.  During my review, I saw

what appears to be STRAND and GOLD (as depicted in the pictures above) enter the Capitol

through the Rotunda door and walk throughout various parts of the building, consistent with their

locations as captured in the other various videos described above .

23.     On January 8, 2021, agents from the FBI interviewed witness 1 ("W1") who

identified STRAND as the person on an FBI wanted poster from the Capitol breach.  W1 met

STRAND approximately ten years ago and had a personal relationship with him.  W1 provided a

phone number for STRAND, which was consistent with the phone number the investigative

agencies believed STRAND uses.

24.     On January 12, 2021, The Washington Post published an article titled: "'I do

regret being there': Simone Gold, noted hydroxychloroquine advocate, was inside the Capitol during the riot". The article features an additional photograph of what appears to be GOLD inside the Capitol giving a speech, as captured in the video described in paragraph 17 above. In the article, the writer quotes GOLD as stating the following in a phone interview: "I can certainly speak to the place that I was, and it most emphatically was not a riot," and "Where I was, was incredibly peaceful." According to the article, GOLD confirmed that she went inside the Capitol, saying she followed a crowd and assumed that it was legal to do so, further noting that she was inside for about 20 minutes and regretted being there. According to the article, GOLD added that she traveled to Washington D.C. to speak at a "Rally for Health Freedom" on the East side of the Capitol on Wednesday afternoon. According to the article, GOLD claimed to have attended the rally along with John Strand, who was there to "ensure her safety." The article included the photograph below, which was credited to John Strand.



## CONCLUSION

For the reasons set forth above, I submit there is probable cause to believe that STRAND and GOLD, violated:

1. 18 U.S.C. § l752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or egress to or from any restricted building or grounds. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and

2. 40 U.S.C. § 5l04(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt,

or disturb the orderly conduct of a session of Congress or either House of Congress, or

the orderly conduct in that building of a hearing before, or any deliberations of, a

committee of Congress or either House of Congress; (E) obstruct, or impede passage

through or within, the Grounds or any of the Capitol Buildings; or (G) parade,

demonstrate, or picket in any of the Capitol Buildings.

As such, I respectfully request that the court issue an arrest warrant for STRAND and GOLD.  The

statements above are true and accurate to the best of my knowledge and belief.

Respectfully Submitted,

LaNard Taylor
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone, this 13th day of January 2021.

G. Michael Harvey
2021.01.13
19:08:48 -05'00'

HON. G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

FILED

2021 JAN 19  AM 9:49

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | 21 MJ 00271 |
|---|---|---|
| PLAINTIFF(S) | 1:21-mj-00051 | |
| v. | | |
| SIMONE MELISSA GOLD | **DECLARATION RE** | |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: Criminal Complaint

in the _____ District of Columbia _____ on January 13, 2021

at 7:07 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about January 6, 2021

in violation of Title 18 _____ U.S.C., Section(s) 1752(a)

to wit: Restricted Building or Grounds

A warrant for defendant's arrest was issued by: G. Michael Harvey, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1/18/21 _____
                        Date

_____          LaNard Taylor
Signature of Agent                          Print Name of Agent

_____          Special Agent
Federal Bureau of Investigation          Title
Agency

CR-52 (03/20)                    **DECLARATION RE OUT-OF-DISTRICT WARRANT**

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2021 JAN 19  AM 9:49

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
|---|---|---|---|
| | PLAINTIFF | 21-MJ-0051 (out of district) | |
| V. | | | |
| SIMONE MELISSA GOLD | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# _____ | DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

21MJ00271

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 1/18/21 _____ at 12:30 ____ ☐ AM ☒ PM

   or

   The defendant was arrested in the _____ District of _____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 1752(a); 40 U.S.C. § 5104(e)(2)

5. Offense charged is a:  ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☒ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1965

8. Defendant has retained counsel:  ☒ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty Pretrial Services Officer

10. Remarks (if any): _____

11. Name: Reema El-Amamy _____ (please print)

12. Office Phone Number: 213-894-0552 _____  13. Agency:  USAO

14. Signature: /s/ Reema M. El-Amamy _____  15. Date: 1/19/21

CR-64 (09/20)                    **REPORT COMMENCING CRIMINAL ACTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | Western Division | |
| Plaintiff, | | |
| vs. | Case Number: 2:21-MJ-00271 | Out of District Affidavit |
| | Initial App. Date: 01/19/2021 | Custody |
| Simone Melissa Gold | Initial App. Time: 1:00 PM | |
| | | |
| Defendant. | Date Filed: 01/19/2021 | |
| | Violation: 18:1752 | |
| | CourtSmart/ Reporter: _P. Cuneo_ | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **John E. McDermott** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:    Lorenzo, ShaRon                                              None
_____          _Reema El-Amamy_          _____
_Deputy Clerk_                    _Assistant U.S. Attorney_                    _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to
  file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Robert Bernstein, Panel ☑ Appointed ☐ Prev. Appointed ☑ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ 15,000                        **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
  setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☑ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before 1/22/2021 _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: 40679
☑ Other: 1/21/21 @ 1pm ; info provided to defense counsel.
        ☐ PSA ☐ USPO          ☑ FINANCIAL                    ☑ **READY**
                                          Deputy Clerk Initials _S/o_
                                                          : _14_

M-5 (10/13)                    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE                    Page 1 of 1

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. SIMONE MELISSA GOLD          Case No. 21MJ0271

☒ Defendant   ☐ Material Witness

Violation of Title and Section: 18 USC 1752(a)

☐ Summons   ☐ Out of District   ☐ **UNDER SEAL**   ☐ Modified Date:

**Check only one of the five numbered boxes below (unless one bond is to be replaced by another):**

| | |
|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*) | (c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: |
| 2. ☐ Unsecured Appearance Bond $ | |
| 3. ☒ Appearance Bond $ 15,000.00 (dft) | |
| (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*) | ☐ With Full Deeding of Property: |
| (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: | |
| | 4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ |

Release No.

40679

☐ **Release to Pretrial ONLY**
☐ **Release to Probation ONLY**
☒ **Forthwith Release**

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:

☐ Third-Party Custody Affidavit (*Form CR-31*)

☒ Bail Fixed by Court:
JEM / slo
(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a Nebbia hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a Nebbia hearing under § 3142 (g)(4).

☐ The Nebbia hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
   (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☒ Surrender all passports and travel documents to Supervising Agency no later than January 19, 2021 _____ , sign a Declaration

   re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency

   of this case.

☒ Travel is restricted to C/CA and Washington, D.C. _____ unless prior permission is granted by Supervising

   Agency to travel to a specific other location.  Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☒ Maintain or actively seek employment and provide proof to Supervising Agency. ☒ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: SG   Date: 1/19/21

**Case Name:** United States of America v. SIMONE MELISSA GOLD          **Case No.** 21MJ0271

☑ Defendant     ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except _____ .

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: John Strand

☑ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☑ Do not use or possess illegal drugs or state-authorized marijuana. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☑ Submit to: ☑ drug and/or ☑ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. **☐ Release to PSA only** **☐ Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☑ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☐ will or ☑ will not include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

    ☑ Location monitoring only - no residential restrictions;

        -or-

    ☐ You are restricted to your residence every day:

        ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

        ☐ as directed by Supervising Agency;

        -or-

Defendant's Initials: _SG_     Date: _1/19/21_

**Case Name:** United States of America v. **SIMONE MELISSA GOLD**     Case No. 21MJ0271

☑ Defendant     ☐ Material Witness

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and
_____, all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**     ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days
of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except
as approved by Supervising Agency.     ☐ In order to determine compliance, you agree to submit to a search of your person
and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than
the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children
under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare
facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search
of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S.
Marshal.

☑ Other conditions:

Voice ID monitoring.

_____

_____

_____

_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as
may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other
United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or
direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number,
so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not
tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be
subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _SG_     Date: _1/8/21_

**Case Name:** United States of America v. **SIMONE MELISSA GOLD**     Case No. __21MJ0271__

☒ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs.** Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.

__1/19/21__
Date

_[signature]_
Signature of Defendant / Material Witness

__310 477-1498__
Telephone Number

__Beverly Hills CA__
City and State (DO NOT INCLUDE ZIP CODE)

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____
Interpreter's Signature

_____
Date

Approved: __John E. McDermott__
United States District Judge / Magistrate Judge

__1/19/21__
Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: __SG__   Date: __1/19/21__

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _271_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | 21-MJ-0005~~7~~ |
| v. | |
| Simone Gold | **WAIVER OF RIGHTS** |
| DEFENDANT. | **(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of _Columbia_
alleging violation of _18 USC 1752  40 USC 5104e2_ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;

(2)    arrival of process;

-**Check one only-**

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑    have an identity hearing

☑    arrival of process

☐    have a preliminary hearing

☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing

☑    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

Defendant _____

Defense Counsel _____

United States Magistrate Judge _____

Date: _1/19/2021_

I have translated this Waiver to the defendant in the _____ language.

Date: _____     Interpreter (if required) _____

WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

M-14 (09/09)

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:21-mj-00271-DUTY-1

Case title: USA v. GOLD

Date Filed: 01/19/2021

Date Terminated: 01/19/2021

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Simone Melissa Gold**
REG 26132-509
*TERMINATED: 01/19/2021*

represented by **Robert M Bernstein**
Law Offices of Robert M Bernstein
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
310-477-1480
Fax: 310-477-1468
Email: robert@california-law.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**
None

---

**Plaintiff**

**USA**                                     represented by **US Attorney's Office**
                                            AUSA - Office of US Attorney

Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Simone Melissa Gold, originating in the District of Columbia. Defendant charged in violation of: 18:1752(a). Signed by agent LaNard Taylor, Federal Bureau of Investigation Special Agent. filed by plaintiff USA. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Simone Melissa Gold; defendant's Year of Birth: 1965; date of arrest: 1/18/2021 (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 3 | Defendant Simone Melissa Gold arrested on warrant issued by the USDC District of Columbia at Washington, DC. (Attachments: # 1 Charging Documents)(mat) (Entered: 01/22/2021) |
| 01/19/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John E. McDermott as to Defendant Simone Melissa Gold Defendant arraigned and states true name is as charged. Attorney: Robert M Bernstein for Simone Melissa Gold, Appointed, present. Court orders bail set as: Simone Melissa Gold (1) $15,000, see bond for conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Defendant ordered to report on 1/22/21. Release Order no. 40679.1/21/21 1:00 pm. Information provided to defense counsel. Court Reporter: P. Cuneo. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 5 | DECLARATION RE: PASSPORT filed by Defendant Simone Melissa Gold, declaring that I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Simone Melissa Gold. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Simone Melissa Gold. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 8 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Simone Melissa Gold. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 9 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $15,000 by surety: Simone Gold for Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40), 4 . Filed by Defendant Simone Melissa Gold (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 10 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Simone Melissa Gold re: Affidavit of Surety (No Justification)(CR-4), 9 (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 11 | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge |

| | | |
|---|---|---|
| | | John E. McDermott: as to Defendant Simone Melissa Gold. Court Reporter: P. Cuneo. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 12 | ORDER FOR CONTRIBUTION TOWARD ATTORNEYS FEES by Magistrate Judge John E. McDermott as to Simone Melissa Gold. Funds in the amount of $250, shall be paid by the defendant to the Clerks Office as follows: Monthly payments of $250 beginning 2/19/21. (mat) (Entered: 01/22/2021) |
| 01/19/2021 | 13 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant Simone Melissa Gold. (mat) (Entered: 01/22/2021) |
| 01/22/2021 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Simone Melissa Gold. Your case number is: 1:21mj51. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 01/22/2021) |