IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-85(CRC) |
| | ) | |
| | ) | |
| SIMONE GOLD | ) | |

<u>REQUEST FOR COPIES OF LETTERS SENT TO COURT FOR SENTENCING</u>

COMES NOW Simone Gold, through counsel Kira Anne West and respectfully requests copies of the letters sent to the Court in support of Dr. Gold at sentencing and in support states the following:

Dr. Gold was sentenced by this Court on June 16th, 2022. At the sentencing, the Court held up a number of letters that were sent to the Court in support of Dr. Gold. At that sentencing, undersigned counsel requested copies of the letters. Undersigned counsel did not get those letters after the sentencing hearing and is respectfully making that request again.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/
Kira Anne West
D.C. Bar No. 993523
712 H St. N.E. , Unit 509
Washington D.C., 20002
202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify on the 28th day of June, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

                      /S/
               Kira Anne West