UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | |
| : | Case No. 1:21-CR-0085-CRC |
| **SIMONE GOLD,** : | |
| : | |
| : | |
| **Defendant.** : | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Mr. Dickson Young, Esq. and Ms. Kira Anne West, Esq., counsel for the Defendant in the above-styled matter, and hereby requests this Court for entry of an Order withdrawing as counsel for the Defendant, SIMONE GOLD. All matters involving representation by Mr. Dickson Young, Esq. and Ms. Kira Anne West, Esq. have concluded.

Respectfully submitted,

_____/s/_____
DICKSON J. YOUNG
D.C. Bar No. 956979
10513 Judicial Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 591-0200
djy@whitestoneyoung.com

_____/s/_____
KIRA A. WEST
D.C. Bar No. 993523
712 H Street NW, Unit #509
Washington, D.C. 20002
Phone: (202) 236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

On this 7th day of November, 2022, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

_____/s/_____
DICKSON J. YOUNG
D.C. Bar No. 956979
10513 Judicial Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 591-0200
djy@whitestoneyoung.com

_____/s/_____
KIRA A. WEST
D.C. Bar No. 993523
712 H Street NW, Unit #509
Washington, D.C. 20002
Phone: (202) 236-2042
kiraannewest@gmail.com