UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-000085 |
| | : | |
| **SIMONE GOLD,** | : | |
| **Defendant.** | : | |

### ORDER

Pending before the Court is defense counsel's motion to withdraw their legal representation of Dr. Simone Gold. The motion being having merit, the motion is GRANTED/~~DENIED~~.*

SO ORDERED.

Signed this __9__ day of __November, 2022__.

_____
CHRISTOPHER R. COOPER
United States District Judge

*At least one counsel shall remain counsel of record until the expiration of the defendant's period of supervised release.